UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DODI L. RUBENSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>MARTEK BIOSCIENCES CORPORATION, STEVE DUBIN, ROBERT FLANAGAN, DOUGLAS MACMASTER, EUGENE ROTBERG, JEROME KELLER, JAMES BEERY, POLLY KAWALEK, HARRY D'ANDREA, ROBERT MAYER, MICHAEL DEVINE, and DAVID PERNOCK,<br><br>        Defendants | Case No. 1:11-cv-00321-WDQ |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Dodi L. Rubenstein hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: February 14, 2011

"APPROVED"
2/14/11
Date
/s/ William D. Quarles, Jr.
William D. Quarles, Jr.
United States District Judge

BROWER PIVEN
A Professional Corporation

/s/ Charles J. Piven
Charles J. Piven (00967)
piven@browerpiven.com
Yelena Trepetin (28706)
trepetin@browerpiven.com
1925 Old Valley Road
Stevenson, Maryland 21153
T: (410) 332-0030
F: (410) 685-1300

*Attorney for Plaintiff*